UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROBERTO PALACIO,

Defendant.

**INDICTMENT**

25 Cr.

25 CRIM 661

**COUNT ONE**
**(Damage to Government Property)**

The Grand Jury charges:

1. On or about August 13, 2024, in the Southern District of New York and elsewhere, ROBERTO PALACIO, the defendant, willfully injured and committed a depredation against property of the United States, and of any department or agency thereof, and of property which has been or is being manufactured and constructed for the United States, and any department or agency thereof, and attempted to commit the foregoing offenses, and the damage or attempted damage to such property exceeded the sum of $1,000, to wit, PALACIO graffitied the African Burial Ground National Monument in New York, New York, causing more than $1,000 in damage.

(Title 18, United States Code, Section 1361.)

**FORFEITURE ALLEGATION**

2. As a result of committing the offense alleged in Count One of this Indictment, ROBERTO PALACIO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(l)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21 United States Code, Section 853;
and Title 28, United States Code, Section 2461.)

[redacted]
FOREPERSON

JAY CLAYTON
United States Attorney